United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE Y. GRAY, | No. C 12-03109 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ERIC K. SHINESEKI, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 21, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 30, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 21, 2012, for failure to comply with the Court's Order of June 15, 2012, and for failure to prosecute this action. A case management conference is also scheduled for October 30, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 24, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge