UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE Y. GRAY, | No. C 12-03109 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ERIC K. SHINESEKI, | |
| Defendant(s). | |

An Order to Show Cause hearing and case management conference was scheduled for November 9, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present. The Court continued the Order to Show Cause hearing and case management conference.

IT IS HEREBY ORDERED that Plaintiff appear on **November 16, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 21, 2012, for failure to comply with the Court's Order of June 15, 2012, and for failure to prosecute this action. A case management conference is also scheduled for November 16, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 13, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge