UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rochelle Y. Gray,<br><br>        Plaintiff,<br><br>  v.<br><br>Eric K. Shineseki,<br><br>        Defendant. | Case No.: 3:12-cv-03109-JCS<br><br>**ORDER TO SHOW CAUSE, CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a show cause hearing , and case management conference held on **November 30, 2012,**

IT IS HEREBY ORDERED THAT:

1. The complaint shall be served on or before January 18, 2013. If it is not, Plaintiff shall appear on **January 18, 2013, at 1:30 PM,** and Show Cause why this case should not be dismissed for failure to serve the Defendant.

2. Plaintiff and all parties shall appear for a further case management conference on **January 18, 2013, at 1:30 PM.**

3. The previous Order to Show Cause is expunged.

IT IS SO ORDERED.

Dated: December 4, 2012

                                                    Joseph C. Spero<br>                                                    United States Magistrate Judge