UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rochelle Y. Gray,

    Plaintiff,

  v.

Eric K. Shineseki,

    Defendant.

Case No.: 3:12-cv-03109-JCS

**ORDER TO SHOW CAUSE, CASE MANAGEMENT AND PRETRIAL ORDER**

Following a show cause hearing , and case management conference held on **November 30, 2012,**

IT IS HEREBY ORDERED THAT:

1. The complaint shall be served on or before January 18, 2013. If it is not, Plaintiff shall appear on **January 18, 2013, at 1:30 PM,** and Show Cause why this case should not be dismissed for failure to serve the Defendant.

2. Plaintiff and all parties shall appear for a further case management conference on **January 18, 2013, at 1:30 PM.**

3. The previous Order to Show Cause is expunged.

IT IS SO ORDERED.

Dated: December 4, 2012

_____
Joseph C. Spero
United States Magistrate Judge